UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
JOHN FLYNN et al.,            )
                              )
        Plaintiffs,           )
                              )
v.                            )   Civil Action No. 05-1021 (RWR)
                              )
STATE LINE CONSTRUCTION CO.,  )
INC.,                         )
                              )
        Defendant.            )
_____)
```

**NOTICE AND ORDER TO SHOW CAUSE**

Plaintiffs filed this case on May 19, 2005.  Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit.  It appearing that plaintiff has failed to serve defendant State Line Construction Co., Inc., as required by Rule 4, it is hereby

ORDERED that on or before October 24, 2005, plaintiff shall either present evidence of service on defendant State Line Construction, or show cause why the case should not be dismissed for failure to effect service on defendant State Line Construction.  Plaintiff is advised that failure to comply will result in dismissal of this case against that defendant.

- 2 -

SIGNED this 13th day of October, 2005.

```
                           /s/
              RICHARD W. ROBERTS
              United States District Judge
```