UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE LINE CONSTRUCTION CO. INC,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 05-CV-1021 (RWR)<br>)<br>)<br>)<br>) |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

　　Pursuant to 28 U.S.C. § 1746, I, STEPHEN ZACHARY, hereby declare as follows:

　　1. I am a paralegal with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

　　2. On October 19, 2005, service of the Summons and Complaint in this action was made upon State Line Construction Co. Inc, by delivering said documents at 225 Parkhurst Street, Newark, NJ 07114 to Chrissy (who refused to give the process server her last name), Office Manager, authorized to accept service on behalf of State Line Construction Co. Inc.

3.  Proof of such service is provided by the declaration of process server, Larry Sable, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/24/05

Stephen Zachary