AO-440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

                                    Plaintiffs          **SUMMONS IN A CIVIL CASE**

              V.

                                                        CASE NUMBER: 105CV1021

                                                        JUDGE: ROBERT W. ROBERTS

STATE LINE CONSTRUCTION CO. INC.,                       DECK TYPE: LABOR/ERISA (NON-EMPLOY)

                                                        DATE: MAY 19, 2005


                                    Defendant


    TO: (Name and address of Defendant)


        State Line Construction Co. Inc.
        225 Parkhurst Street
        Newark, NJ 07114


    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)


        Ira R. Mitzner, Esq.
        Dickstein Shapiro Morin & Oshinsky, LLP
        2101 L Street, NW
        Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


NANCY M. MAYER-WHITTINGTON                          MAY 19 2005
CLERK                                               DATE

174 (BY) DEPUTY CLERK

DSMDB.1747031.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 10-19-05 | Time: 10:45 AM |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | |

| NAME OF SERVER (PRINT) Larry Sable | TITLE Private Process Server |
|---|---|

Check one box below to indicate appropriate method of service

- x☐ Served personally upon the defendant. Place where served: 225 Parkhurst Street, Newark, NJ 07114 by serving Chrissy. Authorized to accept. (Refused to state Last Name)

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

   _____

   _____

- ☐ Other (specify): _____

   _____

   _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10-19-05___
          Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.