IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>STATE LINE CONSTRUCTION CO., INC.,<br><br>   Defendant. | Civil Action No.<br>05-01021 (RWR) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal with prejudice of this action against Defendant, State Line Construction Co., Inc.

January 13, 2006

                  /s/ Ira R. Mitzner
                  Ira R. Mitzner, D. C. Bar #184564
                  DICKSTEIN SHAPIRO MORIN
                   & OSHINSKY LLP
                  2101 L Street, N. W.
                  Washington, D.C. 20037-1526

                  Attorneys for the Plaintiffs